IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: MARY PATRICIA & WILLIAM L. FOURTE JR   )
                                              )
MIDAMERICA BANK, FSB,                         )
        Creditor,                             )
    vs.                                       ) CASE NO. 05B26635
                                              ) JUDGE BRUCE W. BLACK
MARY PATRICIA & WILLIAM L. FOURTE JR,         )
        Debtor                                )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes MidAmerica Bank, fsb, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The post petition mortgage payments are in default. Said post default is to be cured pursuant to the repay default order entered May 1, 2007.

2. The following is an itemization of the amount due on the loan as of May 17, 2007.

    a. Attorney's Fees            $250.00

    b. Accrued Late Charges       $140.60

    Total                         $390.60

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, MidAmerica Bank, fsb rights to collect these amounts will remain unaffected.

                                    Respectfully Submitted,
                                    MidAmerica Bank, fsb

                                    /s/Yanick Polycarpe
                                    Yanick Polycarpe
                                    ARDC#6237892

                                    Pierce and Associates, P.C.
                                    1 North Dearborn Street, Ste. 1300
                                    Chicago, Illinois 60602
                                    (312)346-9088