UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 26635
  MARY PATRICIA FOURTE
  WILLIAM L FOURTE JR                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
  SSN XXX-XX-6155     SSN XXX-XX-0402

----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 07/05/05 and confirmed on 09/29/05.

     2.   The case was dismissed after confirmation, 03/28/2008.

     3.   The Debtor paid a total of $  41280.20 .

     4.   The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COOK COUNTY TREASURER | SECURED | 898.43 | 182.94 | 898.43 |
| FORD MOTOR CREDIT CO | SECURED | 5278.18 | 532.42 | 5278.18 |
| HYUNDAI MOTOR FINANCE CO | SECURED | 1381.48 | 59.23 | 1381.48 |
| MID AMERICA BANK | CURRENT MORTG | .00 | .00 | .00 |
| MID AMERICA BANK | MORTGAGE ARRE | 12084.56 | .00 | 12084.56 |
| DEUTSCHE BANK NATL TRUST | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK NATL TRUST | MORTGAGE ARRE | 1714.62 | .00 | 1714.62 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2172.46 | .00 | 2172.46 |
| AMERICAN GENERAL FINANCE | UNSECURED | 1133.14 | .00 | 228.37 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 20087.89 | .00 | 4048.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1655.39 | .00 | 333.62 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5205.68 | .00 | 1049.12 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8012.80 | .00 | 1614.85 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2836.61 | .00 | 571.68 |
| FIRST MUTUAL FINANCIAL | UNSECURED | 1532.40 | .00 | 308.83 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 223.56 | .00 | 45.05 |
| MID AMERICA BANK | UNSECURED | NOT FILED | .00 | .00 |
| QC HOLDINGS | FILED LATE | .00 | .00 | .00 |
| NETZERO | UNSECURED | NOT FILED | .00 | .00 |

----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESURGENT CAPITAL SERVIC | UNSECURED | 3820.25 | .00 | 769.89 |
| ROUNDUP FUNDING LLC | UNSECURED | 2299.55 | .00 | 463.44 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 266.12 | .00 | 53.63 |
| SHORT TERM LOAN | UNSECURED | 603.00 | .00 | 121.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 833.71 | .00 | 168.02 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 2394.91 | .00 | 482.66 |
| CHASE BANK | SECURED | 250.00 | 11.01 | 250.00 |

```
CHASE BANK                  UNSECURED      428.44          .00        86.35
HYUNDAI MOTOR FINANCE CO  UNSECURED          1.36          .00          .28
COOK COUNTY TREASURER       UNSECURED          .00          .00          .00
INTERNAL REVENUE SERVICE  UNSECURED         44.39          .00         8.93
ROUNDUP FUNDING LLC         UNSECURED       3209.62          .00       646.85
ECAST SETTLEMENT CORPORA  UNSECURED       1015.67          .00       204.69
            Summary of disbursements:
---------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   21607.27    2172.46    55604.49         .00     79384.22
PRINCIPAL PAID       21607.27    2172.46    11206.16         .00     34985.89
INTEREST PAID          785.60        .00        .00         .00       785.60
TOTAL PAID           22392.87    2172.46    11206.16         .00     35771.49
```

The Debtor's attorney, RICHARD E SEXNER                  , was allowed $   3625.00
and was paid $    406.00  direct and $   3219.00  through the plan.

The Trustee received $   1689.71 .

Refunds to the Debtor totaled $    600.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/23/08                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE